ORDER:
Motion granted.

/s/ E. Clifton Knowles
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3-2064-3-MK |
| ) | E. CLIFTON KNOWLES |
| ) | Judge, U.S. District Court |
| SERATIN BENITIZ-CUAUHTEMOC ) | |
| a/k/a CUACHTROMOC SERAFIN-BENITEZ ) | |

## MOTION TO CORRECT NAME

Comes now the accused, by and through Isaiah S. Gant, Assistant Federal Public Defender, and hereby requests this Court to correct the name of the accused in the criminal complaint in this case. The criminal complaint currently reflects the name as Seratin Benitiz-Cuauhtemoc a/k/a Cuachtrmoc Serafin-Benitez. The correct name is Cuauhtemoc Sarafin-Benitiz.

Wherefore, the Mr. Sarafin-Benitez requests this Court to correct his name in the criminal complaint.

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

Attorney for Cuauhtemoc Sarafin-Benitiz

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2013, I electronically filed the foregoing Motion to Correct Name with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Harold B. McDonough, Jr., Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203; Hershell D. Koger, Attorney for Benito Rayo Rosas, P.O. Box 1148, Pulaski, TN 38478; and James O. Martin, III, Attorney for Miguel Angel Garcia Navarro, 414 Union Street, Suite 904, Nashville, TN 37219..

/s/ Isaiah S. Gant
ISAIAH S. GANT